UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                        :
**TELEBRANDS CORP.,**                   :
                                        :      **Civil Action No. 09-1045(KSH)**
                                        :
           **Plaintiff,**               :
                                        :
     v.                                 :
                                        :      **ORDER**
                                        :
**SENNITS, LLC, ET AL.,**               :
                                        :
           **Defendants**               :
_____:

   This matter having come before the Court by way of motion to seal materials submitted in connection with the request for the issuance of a preliminary injunction;

   and the Court having faxed to counsel an Order dated March 30, 2009, setting forth the requirements for such a motion;

   and it appearing that the parties seek to seal the entire brief and all supporting documents;

   and it appearing that such a request is not narrowly tailored as required by L. Civ. R. 5.3;

   IT IS THEREFORE ON THIS 31st day of March, 2009

   ORDERED that the motion to seal [Docket No. 22 ] is denied without prejudice and may be re-filed in accordance with L. Civ. R. 5.3 and the Order dated March 30, 2009.


                                           s/Patty Shwartz
                                           **UNITED STATES MAGISTRATE JUDGE**